NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**JIA JEWELRY IMPORTERS OF AMERICA, INC.,**
*Plaintiff-Appellant,*

**v.**

**PANDORA JEWELRY, LLC,**
*Defendant-Appellee.*

_____

2012-1065

_____

Appeal from the United States District Court for the District of Maryland in No. 11-CV-0982, Judge Catherine C. Blake.

_____

**JUDGMENT**

_____

ROBERT M. MASON, Mason & Petruzzi, of Dallas, Texas, argued for plaintiff-appellant. Of counsel was JAMES D. PETRUZZI.

WILLIAM R. HANSEN, Lathrop & Gage LLP, of New York, New York, argued for defendant-appellee. With him on the brief were BRIDGET A. SHORT; and DAVID V. CLARK and TRAVIS W. MCCALLON, of Kansas City, Missouri

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge*, LOURIE and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 8, 2012          /s/ Jan Horbaly
Date                            Jan Horbaly
                                    Clerk